

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2021

No. 04-20-00300-CV

**GARY AND THERESA POENISCH FAMILY LIMITED PARTNERSHIP**,
Appellant

v.

**TMH LAND SERVICES, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-02-00030-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered appellant's motion for rehearing. The motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court